JPML FORM 1A.

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- In re First Jersey Securities, Inc. Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 85/12/19 | 1 | MOTION, BRIEF, CERT. OF SVC. EXHIBIT A,B,C,D,E,F,G,H,I, and J -- Defendants First Jersey Securities, Inc., Robert E. Brennan, John E. Dell, Mark E. Bernhard, Gerald Doyle, Paul Collier, Tim Cronin, Lawrence Cronin and Greg Ratchuk -- for transfer of actions. Suggested District: E.D. Pa. Suggested Judge: Judge Weiner. (rew) |
| 85/12/23 | 2 | REQUEST FOR EXTENSION OF TIME -- pltf. Dorothy Karen -- GRANTED TO DOROTHY KAREN ONLY TO AND INCLUDING JANUARY 31, 1986 (cds) |
| 85/12/26 | 3 | RESPONSE -- (to request for extension of time) (Pldg. #2) -- MOVANTS -- w/cert of svc. (rew) |
| 85/12/30 | | APPEARANCES -- LEONARD BARRACK, ESQ. for First Jersey Securities, Inc., Robert E. Brennan, John E. Dell, Mark E. Bernhard, Gerald Doyle, Paul Collier, Tom Cronin, Lawrence Cronin & Greg Ratchuk; DONALD B. LEWIS, ESQ. for Robert Spatola, et al; STANLEY R. WOLFE, ESQ. for Richard Brown, et al; EUGENE A. SPECTOR, ESQ. for Arnold Kraenbring; STUART H. SAVETT, ESQ. for T. Peter Bridge, M.D.; ARNOLD LEVIN, ESQ. for Myrna Richardson, et al; TIMOTHY C. KAREN, ESQ. for Dorothy Karen, et al. (paa) |
| 86/01/03 | 4 | RESPONSE (to Pldg. #1) -- pltfs. Spatola, Brown, Kraenbring, Bridge and Richardson -- w/cert. of service (cds) |
| 86/01/06 | 5 | LETTER (re extension of time) -- signed by Leonard Barrack, Esq. counsel for MOVANTS (cds) |
| 86/01/31 | 6 | RESPONSE -- (to pldg. #1) pltf. Dorothy Karen -- w/cert. of svc. (rh) |
| 86/02/06 | 7 | AMENDED TO MOTION -- (A-8 Jack Zakim, etc. v. First Jersey Securities, Inc., et al., D. New Jersey, C.A. No. 86-0358) filed by First Jersey Securities, Inc., Robert E. Brennan and John E. Dell -- w/cert. of svc. (rh) |
| 86/02/13 | 8 | LETTER -- (to pldg. #1) re: No objection to the transfer of action (A-8) to the E.D. Pennsylvania, dated 2/10/86 filed by Jack Zakim -- w/cert. of svc. (rh) |

2.

**6**81      In re First Jersey Securities, Inc. Securities Litigation

| | | |
|---|---|---|
| 86/02/20 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing on March 27, 1986, in San Francisco, CA  (rh) |
| 86/03/24 | 9 | LETTER (dated 3/21/86) on behalf of moving defendants regarding recent developments w/cert. of service (rew) |
| 86/03/25 | | APPEARANCES FOR HEARING -- San Francisco, California on March 27, 1986 -- Kirk B. Hulett, Esq. for First Jersey Securities, Inc., Robert, John E. Dell; David H. Weinstein, Esq., for T. Peter Bridge M.D. |
| 86/03/25 | | WAIVERS FOR ORAL ARGUMENT ON 3/27/86 -San Francisco, California Arthur N. Abbey, Esq.  for Jack Zakim; Timothy C. Karen for Dorothy Karen, et al.; Donald B. Lewis, Esq. for Robert Spatola; Eugene A. Spector for Arnold Kraenbring;Stanley R. Wolfe, Esq. for Richard Brown. |
| 86/04/10 | | CONSENT OF TRANSFEREE COURT -- E.D. Pennsylvania, for assignment to Judge Weiner -- signed by Chief Judge Alfred Luongo  (cds) |
| 86/04/10 | | TRANSFER ORDER -- Transferring A-8 to the Eastern District of Pennsylvania for assignment to the Hon. Charles R. Weiner -- NOTIFIED INVOLVED JUDGES, CLERKS, COUNSEL AND MISCELLANEOUS RECIPIENTS  (cds) |
| 86/07/10 | | CONDITIONAL TRANSFER ORDER FILED TODAY B-9 -- George West, et al. v. Lawrence Cronin, et al., S.D. California, C.A. No. 86-689JLI(M)-- Notified involved counsel and judges. (tmq) |
| 86/07/18 | 10 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Plaintiff - B-9 George West, et al. v. Lawrence Cronin, et al. --  S.D. California, C.A. No. 86-689JLI(M) -- NOTIFIED INVOLVED COUNSEL & JUDGES.  (paa) |
| 86/07/23 | 11 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (B-9) George West, et al. v. Lawrence Cronin, et al. -- S.D. California, C.A. No. 86-689JLI(M) -- W/Cert. of Svc.  (paa) |
| 86/08/19 | | HEARING ORDER -- Setting Opposition of B-9 George West, et al. for transfer, West, et al. v. Cronin, et al., S. Cal., C.A. No. 86-689JLI(M) -- On September 25, 1986 in Pittsburgh, Pa.,  (paa) |

JPML FORM 1

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- In re First Jersey Securities Litigation

| Date | Pld. | Pleading Description |
|------|------|---------------------|
| 86/08/27 | 12 | RESPONSE (to pldg. #11) -- Defendants First Jersey Securities, Inc. and Lawrence Cronin, Exhibits A-C -- w/cert. of svc. (tmq) |
| 86/09/25 | | HEARING APPEARANCES:  MICHAEL MALAKOFF, ESQ. for George West, et al.; LEONARD BARRACK, ESQ. for Lawrence Cronin and First Jersey Sec., Inc.  (cds) |
| 86/09/25 | | WAIVERS OF ORAL ARGUMENT:  ROBERT A. SPATOLA, ETC., RICHARD BROWN, AND ARNOLD KRAENBRING, ETC.  (cds) |
| 86/10/07 | | TRANSFER ORDER -- TRANSFERRING  C-9 George West, et al. v. Larence Cronin, et al., S.D. California, C.A. No. 86-689JLI(M) to the E.D. Pennsylvania -- NOTIFIED Clerks, Judges and Counsel.  (paa) |
| 87/03/13 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-10 David J. Loadman, etc. v. First Jersey Securities, Inc., et al., S.D. California, C.A. No. 87-0318 S (IEG) and B-11 Randall Gruhn v. First Jersey Securities, Inc., et al., N.D. Illinois, C.A. No. 87-C-1405 -- NOTIFIED INVOLVED JUDGES & COUNSEL.  (paa) |
| 87/03/17 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-12 David H. Lague, et al. v. First Jersey Securities, Inc., et al., D. Kansas, C.A. No. 87-2064-S and B-13 William Carlson, et al. v. First Jersey Securities, Inc., et al., S.D. New York, C.A. No. 87-Civ-0380 (KTD) -- Notified involved counsel and judges (rh) |
| 87/03/23 | 13 | NOTICE OF OPPOSITION (B-10) David J. Loadman, etc. v. First Jersey Securities, Inc., et al., S.D. Cal., #87-0318 S (IEG) -- pltf. David J. Loadman  (cds) |
| 87/03/27 | 14 | NOTICE OF OPPOSITON TO CONDITIONAL TRANSFER ORDER -- pltfs. in (B-12) David H. LaGue, et al. v. First Jersey Securities, Inc., et al., D. Kansas, #87-2064-S -- w/service  (cds) |
| 87/03/27 | 15 | NOTICE OF OPPOSITON TO CONDITIONAL TRANSFER ORDER -- pltfs. in (B-11) Randall Gruhn v. First Jersey Securities, Inc., et al., N.D. Illinois, #87-C-1405 -- w/service  (cds) |
| 87/03/30 | 16 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- pltf. in (B-10) David J. Loadman, etc. v. First Jersey Securities, Inc., et al., S.D. California, #87-0318-S(IEG) -- w/Attachment and cert. of service  (cds) |

JPML FORM 1A

*p. 4*

### DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/04/02 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-13 William Carlson, et al. v. First Jersey Securities, Inc., et al., S.D. New York, C.A. No. 87-Civ-0380 (KTD) -- Notified involved judges and clerk (rh) |
| 87/04/13 | 17 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (to pldg. #15) Filed by Randall Gruhn -- B-11 Randall Gruhn v. First Jersey Securities, Inc., et al., N.D. Illinois, #87-C-1405 -- w/cert. of svc. (rh) |
| 87/04/13 | 18 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- (to pldg. #14) Filed by David H. LaGue, et al. -- B-12 Daivd H. LaGue, et al. v. First Jersey Securities, Inc., et al., D. Kansas, #87-2064-S -- w/ cert. of svc. (rh) |
| 87/04/20 | | HEARING ORDER -- Setting oppositions of plaintiffs to transfer B-10 David J. Loadman and B-11 Randall Gruhn -- Washington, D.C. on May 21, 1987 -- Notified involved judges, clerks and counsel. (tmq) |
| 87/04/28 | 19 | Order from S.D. California Granting Motion to Remand (B-10) Loadman -- signed by Judge Schwartz (cds) |
| 87/04/28 | | ORDER VACATING CONDTIONAL TRANSFER ORDER AND MAY 21, 1987 HEARING -- (B-10) David J. Loadman, etc. v. First Jersey Sec., Inc., et al., S.D. Fla., #87-0318-S(IEG) -- notified involved judges, clerks and counsel (cds) |
| 87/04/29 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-14 & B-15 -- B-14 Harris Pousson v. First Jersey Securities Inc., et al., W.D. Louisiana, C.A. No. CV-87-0772 (L); B-15 Alan R. Barreca, Inc., et al. v. First Jersey Securities, Inc., et al., N.D. California, C.A. No. 87-1008 -- NOTIFIED INVOLVED COUNSEL & JUDGES -- (paa) |
| 87/05/07 | 20 | NOTICE OF OPPOSITION -- B-14 Harris Pousson v. First Jersey Securities Inc., et al., W.D. Louisiana, C.A. No. CV-87-0772 (L) (pltf.)  NOTIFIED INVOLVED COUNSEL & JUDGES.  (paa) |
| 87/05/14 | 21 | NOTICE OF OPPOSITION -- B-15 Alan R. Barreca, Inc., et al. v. First Jersey Securities, Inc., et al., N.D. California, C.A. No. 87-1008 -- NOTIFIED INVOLVED JUDGES & COUNSEL  (paa) |
| 87/05/15 | 22 | RESPONSE, (to pldgs. #17 & #18) w/Exhibits A and B -- defts. First Jersey Securities, Inc., Robert E. Brennan, Christopher A. Surico, and Paul Anderson -- w/LETTER REQUESTING PERMISSION TO FILE THIS RESPONSE (Granted) and cert. of service  (cds) |

JPML FORM 1A

p. 5

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 --  _____

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/05/20 | 23 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- B-14 Harris Pousson v. First Jersey Securities Inc., et al., W.D. Louisiana, C.A. No. CV-87-0772 L -- W/Cert. of Svc.  (paa) |
| 87/05/21 | | HEARING APPEARANCES:  (hearing of 5/21/87) LAWRENCE WALNER, ESQ. for Randall Gruhn; RUDOLF H. BEESE, ESQ. for David H. LaGue, et al. AND SAMUEL R. SIMON, ESQ. for First Jersey Securities, Inc., Robert E. Brennan, Christopher A. Surico and Paul Anderson |
| 87/05/21 | | WAIVERS OF ORAL ARGUMENT: (hearing of 5/21/87) Theodore Peter Bridge; Robert Spatola; George West, et al.; Berger & Montague; David J. Loadman, et al. AND Arnold Kraenbring (rh) |
| 87/05/26 | | TRANSFER ORDER -- B-11 Randall Gruhn v. First Jersey Securities, Inc., et al., N.D. Illinois, C.A. No. 87C1405 and B-12 David H. LaGue, et al. v. First Jersey Securities, Inc., et al., D. Kansas, C.A. No. 87-2064-S (transferred to the Eastern District of Pennsylvania) -- Notified involved judges, clerks and counsel (rh) |
| 87/06/01 | 24 | MOTION/BRIEF/AFFADAVIT -- Pltfs. Alan R. Barreca, Inc. -- TO VACATE CONDITIONAL TRANSFER ORDER -- B-15 Alan R. Barreca, Inc. et al. v. First Jersey Securities, Inc. et al., N.D. Califiornia, C.A. No. C 87 1008 DLJ ENE -- W/Cert. of Svc. (tmq) |
| 87/06/02 | 25 | RESPONSE(to pldg. 23) -- Defts. First Jersey Securities, Inc. and William Calkins -- w/exhibit A&B and cert. of svc. (tmq) |
| 87/06/15 | 26 | RESPONSE(to pldg. #21) -- Defts. First Jersey Securities, Inc., Paul Collier and Sherwood Capital -- w/exhibts A&B and cert. of svc. (tmq) |
| 87/06/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-16 Richard Marsh v. First Jersey Securities, Inc., et al., N.D. Illinois, C.A. No. 87-C-4020 -- NOTIFIED INVOLVED JUDGES & COUNSEL -- (paa) |
| 87/06/19 | | Hearing Order -- Setting B-14 Harris Pousson for hearing in Boston, Mass on July 23, 1987.  Notified counsel, involved judges, clerks.      (rew) |

*p. 6*

681

| | | |
|---|---|---|
| 87/06/23 | | CORRECTION TO HEARING ORDER FILED ON JUNE 19, 1987 -- (delete N.D. California and insert W.D. Louisiana) in Harris Pousson action -- Notified involved counsel, judges and clerks (rh) |
| 87/06/29 | 27 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- pltf. in (B-16) Richard Marsh v. First Jersey Securities, Inc., et al., N.D. Ill., #87-C-4020 - NOTIFIED INVOLVED COUNSEL AND JUDGES (cds) |
| 87/07/13 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-17 Daniel Brian Kirkpatrick v. First Jersey Securities, Inc., et al., S.D. Cal., C.A. No. 87-0936 K (M); B-18 James Anthony Adams, et al. v. First Jersey Securities, Inc., et al., N.D. Georgia, C.A. No. C87-1030A and B-19 Jurgen Fischer, et al. v. First Jersey Securities, Inc., et al., S.D. Cal., C.A. No. 87-0935 JLI (CM) -- Notified involved counsel and judges (rh) |
| 87/07/14 | 28 | MOTION, BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (B-16) Richard Marsh v. First Jersey Securities, Inc., et al., N.D. Illinois, C.A. No. 87-C-4020 -- pltf. Richard Marsh -- w/cert. of service (cds) |
| 87/07/22 | | HEARING APPEARANCES FOR 7/23/87 BOSTON, MASSACHUSETTS: SAMUEL R. SIMON, ESQ. for All Defendants. (tmq) |
| 87/07/22 | | WAIVERS OF ORAL ARGUMENT FOR 7/23/87 HEARING:  Harris Pousson, Class Action Plaintiffs; West, et al.; Alan R. Barreca, Inc. et al. (tmq) |
| 87/07/27 | 29 | NOTICE OF OPPOSITION TO CONDITONAL TRANSFER ORDER -- pltfs. in (B-19) Jurgen Fischer, et al. v. First Jersey Securities, et al., S.D. California, C.A. No. 87-0935 JLI (CM) -- Notified involved counsel and judges  (cds) |
| 87/07/27 | 30 | NOTICE OF OPPOSITION TO CONDITONAL TRANSFER ORDER -- pltfs. in (B-18) James Anthony Adams, et al. v. First Jersey Securities, Inc., et al., N.D. Georgia, C.A. No. C87-1030A -- Notified involved counsel and judges  (cds) |
| 87/07/28 | 31 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSER ORDER -- pltf. in (B-17) Daniel Brian Kirkpatrick v. First Jersey Securities, Inc., et al., S.D. California, C.A. No. 87-0936 K (M) -- Notified involved counsel  (cds) |



JPML FORM 1A.

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **681** --  _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/07/30 | | HEARING ORDER -- Setting oppositions of Kirkpatrick, Fischer, Adams and Marsh (B-17) Daniel Brian Kirkpatrick v. First Jersey Securities, Inc., et al.,  S.D. California, C.A. No. 87-0936-K (M); (B-19) Jurgen Fischer, et al. v. First Jersey Securities, Inc., et al., S.D. California, C.A. No. 87-0935 JLI (CM); (B-18) James Anthony Adams, et al. v. First Jersey Securities, Inc., et al., N.D. Georgia, C.A. No. C87-1030A; and (B-16) Richard Marsh v. First Jersey Securities, Inc., et al., N.D. Illinois, C. A. No. 87-C-4020 for hearing on September 16, 1987, in Philadelphia, Pa. -- Notified counsel, clerks and involved judges.  rew |
| 87/07/30 | 32 | RESPONSE(to pldg. #28) -- Defts. First Jersey Securities Inc., John Dell, Robert E. Brennan and Paul Litwicke -- w/cert. of svc. (tmq) |
| 87/08/06 | | TRANSFER ORDER -- B-14 Harris Pousson v. First Jersey Securities, Inc., et al., W.D. Louisiana, C.A. No. CV87-0772-L; B-15 Alan R. Barreca, Inc., et al. v.First Jersey Securities, Inc., et al., N.D. California, C.A. No. 87-1008-DLJ-ENE -- Notified involved counsel, clerks and judges. (tmq) |
| 87/08/11 | 33 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-18 James Anthony Adams, et al. v. First Jersey Securities, Inc., N.D. Georgia, C.A. No. C87-1030A -- w/cert. of svc. (rh) |
| 87/08/11 | 34 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltfs. in B-19 Jurgen Fischer, et al. v. First Jersey Securities, Inc., et al., S.D. California, C.A. No. 87-0935JLI (CM) -- w/cert. of svc. (rh) |
| 87/08/12 | 35 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-17 Daniel Brian Kirkaptrick v. First Jersey Securities, Inc., et al., S.D. California, C.A. No. 87-0936 K (M) -- w/cert. of svc. (rh) |
| 87/08/13 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-20 Curtis Gunn v. First Jersey Securities, Inc., et al., E.D. New York, C.A. No. 87-Civ-2071 -- Notified involved judges and counsel. (paa) |

JPML FORM 1A

P8

## DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- In re First Jersey Securities Litigation

| Date | Pldg. | Pleading Description |
|------|-------|---------------------|
| 87/08/18 | 36 | REPLY -- (to pldg. #32) pltf. Richard Marsh -- w/cert. of svc. (rh) |
| 87/08/26 | 37 | RESPONSE (to pldg. #33) -- First Jersey Securities, Inc., Steven M. Barnett and William R. Shannon -- w/cert. of svc. (tmq) |
| 87/08/26 | 38 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Plaintiffs in (B-20) Curtis Gunn v. First Jersey Securities, Inc., et al., E.D. New York, C.A. No. 87-Civ-2071 -- Notified involved counsel and judges. (tmq) |
| 87/08/27 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-21 Robert R. Bouvier v. First Jersey Securities, Inc., D. New Hampshire, C.A. No. C-87-268-D -- Notified involved counsel and judges. (paa) |
| 87/08/31 | 39 | RESPONSE -- (to pldg. #35) Filed by First Jersey Securities, Inc., Sherwood Securities Corp., Denise A. Hutter and Lawrence A. Cronin, Jr. -- w/cert. of svc. (rh) |
| 87/09/01 | 40 | RESPONSE/MEMORANDUM (to pldg. #34) Defts. First Jersey Securities, Inc., et al. -- W/Exhibits A & B and Cert. of Svc. -- (paa) |
| 87/09/08 | 41 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Pltf. (B-21) Robert R. Bouvier v. First Jersey Securities, Inc., D. New Hampshire, C.A. No. C-87-268-D -- NOTIFIED INVOLVED JUDGES AND COUNSEL. (paa) |
| 87/09/09 | 42 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by pltf. in B-20 Curtis Gunn v. First Jersey Securities, Inc., et al., E.D. New York, C.A. No. 87-Civ-2071 -- W/Exhibits A-D and Cert. of Svc. (paa) |
| 87/09/16 | | HEARING APPEARANCES: STEVEN M. GREEN, ESQ. for Daniel Kirkpatrick; GEORGE J. SCHULTZ, ESQ. for Jurgen Fischer, et al.; SCOTT E. TUCKMAN, ESQ. for Richard Marsh; SAMUEL SIMON, ESQ. for all defts. (cds) |
| 87/09/16 | | WAIVERS OF ORAL ARGUMENT: James Anthony Adams, Gloria Adams (cds) |

P-9

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- IN RE FIRST JERSEY SECURITIES LITIGATION

| Date | Pldg. | Pleading Description |
|------|------|----------------------|
| 87/09/23 | 43 | RESPONSE (to pldg. #42) -- Defendants First Jersey Securities, Inc., Sherwood Capital, Inc., Sherwood Securities Corporation and Gary Dorsi -- W/Exhibits A & B and certificate of service -- (paa) |
| 87/09/24 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- B-22 Della B. Daniels v. First Jersey Securities, Inc., et al., D. New Jersey, C.A. No. 87-3357(SSB) and B-23 J. Dwight Hutchinson v. First Jersey Securities, Inc., et al., E.D. Virginia, C.A. No. 87-0785-A -- Notified involved judges and counsel -- (paa) |
| 87/09/24 | | TRANSFER ORDER -- transferring B-16 Marsh, B-17 Kirkpatrick, B-18 Adams, and B-19 Fischer -- notified involved judges, clerks and counsel (cds) |
| 87/09/28 | 44 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- Filed by plft. in B-21 Robert R. Bouvier v. First Jersey Securities, Inc., D. New Hampshire, C.A. No. C-87-268-D -- W/cert. of svc. (paa) |
| 87/10/01 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-24 Jack B. Dorman, et al. v. First Jersey Securities, Inc., N.D. Ga., #C87-1529A -- Notified involved judges and counsel (cds) |
| 87/10/06 | 45 | NOTICE OF OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Filed by plaintiff in B-22 Della B. Daniels v. First Jersey Securities, Inc., et al., D. New Jersey, C.A. No. 87-3357 -- w/cert. of svc. (tmq) |
| 87/10/09 | 46 | RESPONSE(to pldg. 44) -- Filed by First Jersey Securities, Inc. -- w/cert. of svc. (tmq) |
| 87/10/13 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-23 J. Dwight Hutchinson v. First Jersey Securities, Inc., et al., E.D. Va., C.A. No. 87-0785-A -- Notified involved judges and clerks (cds) |
| 87/10/14 | 47 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER (re: pldg. #45) -- Filed by plaintiff in B-22 Della B. Daniels -- w/cert. of svc. (tmq) |
| 87/10/13 | | HEARING ORDER -- setting oppositions of to transfer of B-21 Bouvier, B-20 Gunn, and B-22 Daniels for Panel hearing in Dallas, Texas on November 18, 1987 (cds) |

P-10

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- IN RE FIRST JSESEY SECURITIES LITIGATION

| Date | No. | Pleading Description |
|------|-----|---------------------|
| 87/10/15 | | CORRECTION ORDER -- Correcting Hearing Orer to reflect correct date of Nov. 18, 1987, Dallas, Texas. (rew) |
| 87/10/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-25 Calvin L. Steria v. First Jersey Securities, Inc., et al., S.D. California, C.A. No. 86-1477-GT (M) -- Notified involved counsel and judges (rh) |
| 87/10/16 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-25 Calvin L. Steria v. First Jersey Securities, Inc., et al., S.D. California, C.A. No. 86-1477-GT (M) -- Notified involved counsel and judges (rh) |
| 87/10/19 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-24 Jack B. Dorman, et al. v. First Jersey Securities, Inc., N.D. Ga., #C87-1529A -- notified involved judges and clerks  (cds) |
| 87/10/29 | 48 | RESPONSE (to pldg. #47) -- Filed by defendants First Jersey Securities, Inc. and Nicholas Saunders in B-22 Della B. Daniels v. First Jersey Securities, Inc., et al. -- w/cert. of svc. (tmq) |
| 87/10/29 | 49 | NOTICE OF OPPOSITION -- Filed by Calvin L. Steria in B-25 Calvin L. Steria v. First Jersey Securities, Inc., et al. -- w/cert. of svc. (tmq) |
| 87/11/17 | | HEARING APPEARANCES:  (For Hearing on 11/18/87 in Dallas, Texas) -- SAMUEL R. SIMON, ESQ. For Frist Jersey Securities, et al. (All defts. in B-20, B-21, B-22) (rh) |
| 87/11/17 | | WAIVERS OF ORAL ARGUMENT:  (For Hearing on 11/18/87 in Dallas, Texas) -- Della B. Daniels, Curtis Gunn, Robert R. Bouvier and class action pltf. Robert Spatola (rh) |
| 87/11/18 | 50 | LETTER --  (dated 11/10/87) Re:  Withdrawn of Motion/Brief to Vacate Conditional Transfer Order (to pldg. #47) -- Filed by pltf. Della B. Daniels, (rh) |

JPML FORM 1A.                                              p.11

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- In re First Jersey Securities Litigation

| Date | Ref. | Pleading Description |
|------|------|---------------------|
| 87/11/18 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER AND VACATING NOVEMBER 18, 1987 HEARING -- B-22 Della B. Daniels v. First Jersey Securities, Inc., et al., D. New Jersey, C.A. No. 87-3357(SSB) -- Notified invovled judges, clerks and counsel (rh) |
| 87/11/19 | | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER -- B-25 Calvin L. Steria v. First Jersey Securities, Inc., et al., S.D. Cal., C.A. No. 86-1477-GT(M) -- Notified involved counsel, judges and clerks (cds) |
| 87/11/19 | | LETTER WITHDRAWING OPPOSITION TO CONDITIONAL TRANSFER ORDER -- Plaintiff in B-25 Calvin L. Steria v. First Jersey Securities, Inc., et al., S.D. Cal., C.A. No. 86-1477-GT(M) -- w/cert. of service (cds) |
| 87/11/25 | | TRANSFER ORDER -- B-20 Curtis Gunn v. First Jersey Securities, Inc., et al., E.D. New York, C.A. No. 87-Civ-2071, B-21 Robert R. Bouvier v. First Jersey Securities, Inc., D. New Hampshire, C.A. No. C87-268-D -- Notified involved counsel, misc. recipients, clerks and judges. (tmq) |
| 87/11/27 | 51 | MOTION, BRIEF, SCHEDULE, EXHIBITS A - C -- to transfer B-26 Marica Romatzick v. First Jersey, et al., D. Conn., #B87-712 and B-27 Marica Romatzick v. First Jersey, et al., D. Conn., #B87-771 -- defts. First Jersey Securities, Inc. and Daniel Kaye -- w/cert. of service (cds) |
| 87/12/14 | | HEARING ORDER -- Setting motion to transfer B-26 and B-27 for Panel hearing in Ft. Lauderdale, Florida, on January 28, 1988. (tmq) |
| 87/12/22 | 52 | LETTER -- (dated 21/21/87, signed by Samuel R. Simon) Request that motion be on hearing (pldg. #53) -- Filed by First Jersey Securities, Inc., Robert E. Brennan, Brian Walsh and Scott Foster -- w/cert. of svc. (rh) |
| 88/01/27 | | LETTER -- w/copy of Judge Brotman's January 7, 1988 order vacating dismissal of B-22 Della B. Daniels -- submitted by William Kenney, Esq. (cds) |
| 88/01/27 | | ORDER -- reinstating November 18, 1987 transfer order of B-22 Della B. Daniels v. First Jersey Securities, Inc., et al., D. N.J., #87-3357(SSB) -- notified involved judges, clerks and counsel (cds) |

JPML FORM 1A

B.12

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 87/12/22 | 53 | MOTION, BRIEF, SCHEDULE, EXHIBIT A - B -- to transfer B-28 Craver-Hookom Funeral Home, et al. v. Brian Walsh, et al., S.D. Ohio, C.A. No. C-1-87-1043 -- Filed by First Jersey Securities, Inc., Robert E. Brennan, Brian Walsh and Scott Foster (Notified invovled counsel) w/cert. of svc. (rh) |
| 87/12/22 | 54 | ORDER -- Judge Brotman re: B-22 Della B. Daniels v. First Jersey Securities, Inc., et al., C.A. No. 87-3357 (SSB), D. New Jersey and transmittal letter from clerk. (tmq) |
| 87/12/22 | | ORDER VACATING CONDITIONAL TRANSFER ORDER -- B-22 Daniels v. First Jersey Securities, Inc., et al., C.A. No. 87-3357 (SSB), D. New Jersey -- Notified involved counsel, judges and clerks. (tmq) |
| 87/12/28 | | AMENDMENT TO HEARING ORDER FILED ON DEC. 14, 1987 -- setting motion to transfer B-28 for Panel Hearing to be held in Ft. Lauderdale, Florida on January 28, 1988 (cds) |
| 88/01/05 | 55 | MOTION TO CONTINUE OR VACATE HEARING -- pltfs. in B-28 Craver-Hookom Funeral Home, et al. v. Brian Walsh, et al., S.D. Ohio, C.A. No. C-1-87-1043 -- w/cert. of service (cds) |
| 88/01/05 | 56 | MOTION TO SET PLDG. #55 FOR HEARING OR DECISION -- pltfs. in B-28 Craver-Hookom Funeral Home, et al. v. Brian Walsh, et al., S.D. Ohio, C.A. No. C-1-87-1043 -- w/cert. of service (cds) |
| 88/01/05 | 57 | RESPONSE (to pldg. #53) -- pltfs. in B-28 Craver-Hookom Funeral Home, et al. v. Brian Walsh, et al., S.D. Ohio, C.A. No. C-1-87-1043 -- w/cert. of service (cds) |
| 88/01/14 | | APPEARANCE:  JOSEPH R. JORDAN, ESQ. For Craver-Hookom Funeral Home, et al.  (paa) |
| 88/01/20 | 58 | REPLY (to pldgs. #55 - 57) -- Craver-Hookom Funeral Home, et al. v. Brian Walsh, et al., S.D. Ohio, C.A. No. C-1-87-1043 -- W/Exhibits  (paa) |
| 88/01/26 | | HEARING APPEARANCES FOR JAN. 28, 1988 -- LEONARD BARRACK, ESQ. for All defendants; JOSEPH R. JORDAN, ESQ. for Craver-Hookom Funeral Home, et al.  (cds) |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- In re First Jersey Securities Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 88/02/03 | | TRANSFER ORDER -- Transfering B-26 - B-27 to the Eastern District of Pennsylvania -- B-26 Marica **Romatzick** v. First Jersey Securities, Inc., et al., D. Connecticut, C.A. No. **B-87-712**; B-27 Marica **Romatzick** v. First Jersey Securities, Inc., et al., D. Connecticut, C.A. No. **B87-771**; B-28 **Craver-Hookom Funeral Home**, et al. v. Brian Walsh, et al., S.D. Ohio, C.A. No. **C-1-87-1043** -- Notified clerks, judges and counsel. (paa) |
| 88/02/11 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- B-29 Leo Ahasic, et al. v. First Jersey Securities, Inc., et al., N.D. Illinois, C.A. No. 88-C-0306 -- Notified involved counsel and jduges (rh) |
| 88/02/29 | | CONDITIONAL TRANSFER ORDER FINAL TODAY -- B-29 Leo Ahasic, et al. v. First Jersey Securities, Inc., et al., N.D. Illinois, C.A. No. 88-C-0306 -- NOTIFIED INVOLVED JUDGES AND CLERKS (cds) |
| 88/05/24 | 59 | MOTION, BRIEF, SCHEDULE, FOR TRANSFER OF C-30 SACCOCIA -- defts. First Jersey Securities, Inc. and Robert E. Brennan -- w/Exhibits A-C and cert. of service (cds) |
| 88/06/07 | 60 | RESPONSE (to pldg. #59) -- James E. Saccocia, et al. w/cert. of svc. (ds) |
| 88/06/14 | | HEARING ORDER -- Setting motion of defendants First Jersey Securities, Inc. and Robert E. Brennan for transfer of E-30 for hearing on July 28, 1988, in Portland, Maine.  Notified involved counsel, clerks, judges. (rew) |
| 88/07/27 | | HEARING APPEARANCES -- LEONARD BARRACK, ESQ. for First Jersey Securities, Inc. and Robert E. Brennan and EVANS J. CARTER, ESQ. for James F. Saccocia and Catherine A. Saccocia (ds) |
| 88/08/12 | | TRANSFER ORDER -- C-30 James F. Saccocia, et al. v. First Jersey Securities, Inc., et al., D. Massachusetts, C.A. No. 88-1171-S (transferred to E.D. Pennsylvnaia) -- Notified involved judges, clerks, counsel (rh) |
| 89/02/06 | 61 | MOTION TO TRANSFER C-31 Eugene R. Bocelli v. First Jersey Securities, Inc., et al., D. New Jersey, C.A. No. 89-0419 -- defts. First Jersey Securities, Inc., John Dell and Robert E. Brennan -- w/Brief and Exhibits A-D and cert. of service (cds) |

JPML FORM 1A                                                          B 14

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- In re First Jersey Securities Litigation

| Date | Pol. | Pleading Description |
|---|---|---|
| 89/02/15 | | HEARING ORDER -- Setting motion to transfer of C-31 for Panel Hearing in Statesville, North Carolina on March 23, 1989 (rh) |
| 89/02/16 | 62 | LETTER--C-31 EUGENE R. BOCELLI--requesting the Panel not consider defendants' motion until motion to remand to state court is considered by N.J. judge. w/svc. rew |
| 89/02/16 | 63 | LETTER--FIRST JERSEY SECURITIES -- responding to Pldg. No. 62 w/svc. rew |
| 89/03/21 | 64 | LETTER (signed by William H. Kenney, counsel for Eugene R. Bocelli) REQUESTING DEFERRAL -- DENIED -- Enclosures returned to Mr. Kenney (cds) |
| 89/03/22 | | HEARING APPEARANCE:  (for hearing on March 23, 1989 in Statesville, North Carolina) -- SAMUEL R. SIMON, ESQ. for First Jersey Securities, Inc.; Robert E. Brennan; and John E. Dell (rh) |
| 89/03/22 | | WAIVER OF ORAL ARGUMENT:  (for hearing on March 23, 1989 in Statesville, North Carolina) -- EUGENE R. BOCELLI (rh) |
| 89/04/05 | | TRANSFER ORDER -- transferring C-31 Eugene R. Bocelli v. First Jersey Securities, Inc., et al., D. New Jersey, #89-0419 -- notified involved judges, clerks and counsel (cds) |
| 90/01/02 | 65 | SUGGESTION FOR REMAND (MEMORANDUM/ORDER) -- signed by Judge Weiner, dtd 12/11/89 -- remanding B-19 to the S.D. California.  (ds) |
| 90/01/02 | | CONDITIONAL REMAND ORDER FILED TODAY -- B-19 Jergen Fischer, et al. v. First Jersey Securities, Inc., et al., E.D. Pennsylvania, C.A. No. 87-6303 (S.D. California, C.A. No. 87-0935 JLI(CM) -- Notified involved counsel and judge.  (ds) |
| 90/01/16 | 66 | NOTICE OF OPPOSITION TO CONDITIONAL REMAND ORDER -- filed by defendants First Jersey Securities, Inc. and Sherwood Securities Corp -- re B-19 Jurgen Fischer, et al. v. First Jersey Securities, Inc., et al., E.D. Pa., #87-6303 (S.D. Cal., C.A. No. 87-0935 JLI(CM) -- Notified involved judge and counsel  (cds) |

681        In re First Jersey Securities Litigation

| | | |
|---|---|---|
| 90/01/31 | 67 | MOTION/BRIEF TO VACATE CONDITIONAL REMAND ORDER -- Filed by Defts. First Jersey Securities, Inc., Sherwood Securities, and Timothy Cronin in B-19 Jurgen Fischer, et al. v. First Jersey Securities, Inc., et al., E.D. Pennsylvania, C.A. No. 87-6303 (S.D. California, C.A. No. 87-0935 JLI(CM) -- w/cert. of svc. (rh) |
| 90/02/02 | 68 | **LETTER REQUESTING THAT PLEADING NO. 67 BE REPLACED WITH CORRECTED COPY** -- old pleading #67 discarded and replaced with corrected version (cds) |
| 90/02/14 | | HEARING ORDER -- setting opposition to remand of B-19 for Panel hearing in Salt Lake City, Utah on March 29, 1990 (cds) |
| 90/02/26 | 69 | ORDER -- from E.D. Pennsylvania, dismissing B-19 Jurgen Fischer, et al. v. First Jersey Securities, et al. -- signed by Judge Charles R. Weiner, dtd. February 21, 1990. (ds) |
| 90/02/26 | | ORDER VACATING CONDITIONAL REMAND ORDER AND VACATING HEARING -- B-19 Jurgen Fischer, et al. v. First Jersey Securities, et al., E.D. Pennsylvania, C.A. No. 87-6303 (S.D. California, C.A. No. 87-0935-JLI(CM) -- Notified involved clerks, judge and counsel (ds) |
| 90/02/28 | 70 | LETTER -- deft. withdrawing opposition -- (see entry 2/26/90) (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 681 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION:  IN RE FIRST JERSEY SECURITIES, ~~INC. SECURITIES~~ LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| March 27, 1986 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 10, 1986 | TO | Unpublished | E.D. Pennsylvania | Charles R. Weiner | |

### Special Transferee Information

DATE CLOSED: 2/21/90

JPML FORM 1

**LISTING OF INVOLVED ACTIONS**

DOCKET NO. 681 -- IN RE FIRST JERSEY SECURITIES, INC. SECURITIES LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Robert Spatola, etc. v. First Jersey Securities, Inc., et al. | Pa.,E. Weiner | 85-6059 | | | ]5/25 87 | |
| A-2 | Richard Brown, etc. v. First Jersey Securities, Inc., et al. | Pa.,E. Weiner | 85-6358 | | | 12/23/86D | |
| A-3 | Arnold Kraenbring, etc. v. First Jersey Securities, Inc., et al. | Pa.,E. Weiner | 85-7019 | | | 12/23/86D | |
| A-4 | T. Peter Bridge, M.D., etc. v. First Jersey Securities, Inc., et al. | Pa.,E. Weiner | 85-7059 | | | 12/23/86D | |
| A-5 | Myrna Richardson, etc. v. First Jersey Securities, Inc., et al. | Pa.,E. Weiner | 85-7135 | | | 12/23/86D | |
| A-6 | Dorothy Karen, etc. v. First Jersey Securities, Inc., et al. | Cal.,S. Gilliam | 85-2709-G | | | | |
| A-7 | Dorothy Karen v. First Jersey Securities, Inc., et al. | Cal.,S. Enright | 85-2854-E | | | | |
| A-8 | Jack Zakim, etc. v. First Jersey Securities, Inc., et al. | N.J. Gerry | 86-0358 | 4/10/86 | 86-2078 | ]5/28/87 | |
| | *July 1986 - 1 TR; 5 XV2; 6 Pg.* | | | | | | |
| B-9 | George West, et al. v. Lawrence Cronin, et al. *1/10/86 opposed 7/18/86* | S.D.Cal. Irving | 86-689JLI(M) | 10/7/86 | 86-6254 | 12/23/86 ✓ | |
| B-10 | David J. Ingham, etc. v. First Jersey Securities, Inc., et al. *3-13-87 opposed 3/20/87* | S.D.Cal Schwartz | 87-0318 S (IEG) | | *Vacated CTO - hearing 4/28/87* | | |
| B-11 | Randall Gruhn v. First Jersey Securities Inc., et al. *3-13-87 opposed 3/27/87* | Ill.,N. Parsons | 87-C-1405 | 5-26-87 | 87-3279 | ]8/2/89D | |

DOCKET NO. 681 -- In re First Jersey Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-12 | David H. Lague, et al. v. First Jersey Securities, Inc., et al. 3-11-87 opposed 3/27/87 | D.Kan. Saffels | 87-2064-S | 5-26-87 | 87-3434 | 7/7/89 D | |
| B-13 | William Carlson, et al. v. First Jersey Securities, Inc., et al. July 1987 | S.D.N.Y. Duffy | 87-Civ-0380 (KTD) | 4-29-87 | 87-2121 | 5/20/87 D | |
| B-14 | Harris Pousson v. First Jersey Securities Inc., et al. 4-29-87 OPPOSED-5-7-87 | W.D.LA. Hunter | CV-87-0772 L | 8/6/87 | 87-5292 87-5292 | 8/3/87 | |
| B-15 | Alan R. Barreca, Inc., et al. v. First Jersey Securities, Inc., et al. 4-29-87 OPPOSED-5-14-87 | N.D.Cal. Jensen | 87-1008 DLJ ENE | 8/6/87 | 87-5711 | 10/5/88 D | |
| B-16 | Richard Marsh v. First Jersey Securities, Inc., et al. 6-16-87 Opposed 6/29/87 | N.D.Ill. Williams | 87-C-4020 | 9/24/87 | 87-6726 | 5/3/89 D | |
| B-17 | Daniel Brian Kirkpatrick v. First Jersey Securities, Inc., et al. 7-13-87 opposed 7/28/87 | S.D.Cal. Keep | 87-0936 K (M) | 9/24/87 | 87-6396 | 10/24/88 D | |
| B-18 | James Anthony Adams, et al. v. First Jersey Securities, Inc., et al. 7-13-87 opposed 7/27/87 | N.D.Ga. Evans | C87-1030A | 9/24/87 | 87-7078 | 2/14/89 D | |
| B-19 | Jurgen Fischer, et al. v. First Jersey Securities, Inc., et al. 7-13-87 opposed 7/27/87 | S.D.Cal. Irving | 87-0935 JLI (CM) | 9/24/87 | 87-6303 | 2/21/90 D | order filed vacating CEO & hearing 2/26/90 |
| B-20 | Curtis Gunn v. First Jersey Securities Inc., et al. 8/13/87 opposed 8/26/87 | N.Y.,E. Glasser | 87-Civ-2071 | 11/25/87 | 87-7888 | 4/17/89 D | |
| B-21 | Robert R. Bouvier v. First Jersey Securities, Inc. 8-27-87 OPPOSED-9-8-87 | D.N.H. Devine | C-87-268-D | 11/25/87 | 87-7932 | 10/27/88 D | |

JBML FORM 1 -- Continuation ⊕

DOCKET NO. 681 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-22 | Della B. Daniels v. First Jersey Securities, Inc., et al. *9-24-87 opposed 10/5/87* | D.N.J. Brotman | 87-3357(SSB) | 11-18-87 | 88-352 | 2/4/88 | 11/18/87 dis. reinstated 1/27/88 |
| B-23 | J. Dwight Hutchinson v. First Jersey Securities, Inc., et al. *9-24-87* | E.D.Va. Bryan | 87-0785-A | 10/13/87 | 87-7077 | 10/4/88 D | |
| B-24 | Jack B. Dorman, et al. v. First Jersey Securities, Inc. *10/1/87* | N.D.Ga. Hall | C87-1529A | 10/19/87 | 87-7079 | 12/31/87 D | ✓ |
| B-25 | Calvin L. Steria v. First Jersey Securities, Inc., et al. *10-16-87* *opposed 10/29/87* | S.D.Cal. Thompson | 86-1477-GT (M) | 11/19/87 | 87-8163 | 1/15/88 | |
| B-26 | Marica Romatzick v. First Jersey Securities, Inc., et al. | D.Conn. Gilroy Daly | B87-712 | 2-3-88 | 88-1374 | 6/5/89 D | ✓ |
| B-27 | Marica Romatzick v. First Jersey Securities, Inc., et al. | D. Conn. Eginton | B87-771 | 2-3-88 | 88-1376 | 6/5/89 D | Motion to Act. |
| B-28 | Craver-Hookom Funeral Home, et al. v. Brian Walsh, et al. | Ohio,S. Weber | C-1-87-1043 | 2-3-88 | 88-1445 | 10/2/88 D | Motion Dis #53 |
| B-29 | Leo Ahasic, et al. v. First Jersey Securities, Inc., et al. *2-11-88* | Ill.,N. Norgle | 88-C-0306 | 2/19/88 | 88-2463 | 10/31/89 closed | |
| C-30 | James F. Saccocia, et al. v. First Jersey Securities, Inc., et al. | Mass. Skinner | 88-1171-S | 8-12-88 | 88-6479 | 6/21/89 D | dg. #59 |
| C-31 | Eugene R. Bocelli v. First Jersey Securites, Inc., et al. | N.J. Gerry | 89-0419 | 4/5/87 | 89-2918 | 8/3/79 D | |

*July 1988 - 16 TR / 4 Dis / 15 Reg.*

*July 1989 - 2 TR / 5 Dis / 9 Reg.*
*July 1990 - 9 Dis / Litigation Closed*

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681    --   IN RE FIRST JERSEY SECURITIES,    LITIGATION

| | |
|---|---|
| LEAD COUNSEL FOR PLAINTIFFS<br>Stanley R. Wolfe, Esquire<br>Berger & Montague, P.C.<br>1622 Locust Street<br>Philadelphia, PA  19107 | FIRST JERSEY SECURITIES, INC.<br>ROBERT E. BRENNAN<br>JOHN E. DELL<br>MARK E. BERNHARD<br>GERALD DOYLE<br>PAUL COLLIER<br>TIM CRONIN<br>LAWRENCE CRONIN<br>GREG RATCHUK<br>Leonard Barrack, Esquire<br>Barrack, Rodos & Bacine<br>Suite 21oo<br>1845 Walnut Street<br>Philadelphia, PA  19107 |

JPML Form 4

### ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- IN RE FIRST JERSEY SECURITIES _____ LITIGATION

---

ROBERT SPATOLA, ET AL   A-1
Donald B. Lewis, Esquire
1201 PSFS Building
12 South 12th Street
 Philadelphia, PA 19107

RICHARD BROWN, ET AL   A-2
Stanley R. Wolfe, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19107

ARNOLD KRAENBRING   A-3
Eugene A. Spector, Esquire
Gross & Sklar
1500 Walnut Street - 6th Floor
Philadelphia, PA 19102

T. PETER BRIDGE, M.D.   A-4
Stuart H. Savett, Esquire
Kohn, Savett, Marion & Graf, P.C.
2400 One Reading Center
1101 Market Street
Philadelphia, PA 19107

MYRNA RICHARDSON, ET AL   A-5
Arnold Levin, Esquire
Levin & Fishbein
320 Walnut Street, Suite 600
Philadelphia, PA 19106

DOROTHY KAREN, ET AL   A-6 & A-7
Timothy C. Karen, Esquire
Medrick & Karen
225 Stevens Avenue, Ste. 209
Solana Beach, California 92075

---

FIRST JERSEY SECURITIES, INC
ROBERT E. BRENNAN
JOHN E. DELL
MARK E. BERNHARD
GERALD DOYLE
PAUL COLLIER
TIM CRONIN
LAWRENCE CRONIN
GREG RATCHUK
Leonard Barrack, Esquire
Barrack, Rodos & Bacine
Suite 2100
1845 Walnut Street
Philadelphia, PA 19103


JACK ZAKIM, ETC. (A-8)
Arthur N. Abbey, Esq.
Abbey & Ellis
212 East 39th Street
New York, New York 10016


GEORGE WEST, ET AL. (B-9)
Timothy C. Karen, Esq.
Law Offices of Timothy C. Karen
12520 High Bluff Dirve
Suite 150
San Diego, California 92130


DAVID J. LOADMAN (B-10)
Larabee & Loadman, A.P.C.
1200 Third Ave.,
Suite 1501
San Diego, California 92101

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____ 2

DOCKET NO. ___ ___ -- _____

---

RANDALL GRUHN (B-11)

Sheldon Klein, Esquire
Lawrence Walner & Associates, Ltd.
321 North Clark Street
Suite 3150
Chicago, IL 60610

RIC SCHROEDER (Deft. B-10)
Unable to determine counsel


CHRISTOPHER A. SURICO (Deft. B-11)
unable to determine counsel


DAVID H. LAGUE, ET AL. (B-12)

Richmond M. Enochs, Esq.
Wallace, Saunders, Austin, Brown
  & Enochs
10111 Santa Fe Drive
Overland, Park, KS 66212


PAUL ANDERSON (Deft. in B-12)
Unable to Dertermine Counsel

WILLIAM CARLSON, ET AL. (B-13)
Paul D. Wexler, Esq.
Bragar & Wexler
875 Third Avenue
New York, New York 10022

Glenn F. Ostrager, Esq.
2 Park Avenue
New York, New York 10016

---

HARRY POUSSON (B-14)  Opposed - 5-7-87
Felix A. Dejean, Esquire
129 N. Court Street
Opelousas, Louisiana 70570

ALAN R. BARRECA, INC., ET AL. (B-15)
Paul D. Gutierrez, Esquire  Opposed
Vincent A. Ruiz, Esquire  5-14-87
Gutierrez & Associates
850 Montgomery Street, 2nd Floor
San Francisco, California 94133

WILLIAM CAULKINS (deft B-14)
Thomas K. Potter, III, Esquire
Robert B. Bieck, Jr., Esquire
Place Street Charles
201 St. Charles Avenue
New Orleans, Louisiana 70170

SHERWOOD CAPITAL, INC.
(unable to determine counsel
or address)

RICHARD MARSH (B-16)
Scott E. Tuckman, Esquire
Michael Silverman, Esquire
Kwiatt & Silverman
537 N. Wells Street
Chicago, Illinois 60610

PAUL LITWICKI (Deft. B-16)
(unable to determine counsel
or address)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___3___

DOCKET NO.  681  --  In re First Jersey Securities, Litigation

---

DANIEL BRIAN KIRKPATRICK (B-17)
Steven M. Green, Esquire
1200 Third Avenue, Suite 1100
San Diego, California 92101

*opposed* *7/1/87*

JAMES ANTHONY ADAMS, ET AL. (B-18)

Gerald B. Kline, Esquire
John Arthur Bender, Jr. , Esq.
Bauer Deitch & Raines
233 Peachtree Street, N.E.
1500 Peachtree Center Harris
Tower
Atlanta, Georgia 30303

*opposed 7/1/87*

STEVEN M. BARNETT
WILLIAM R. SHANNON (Defts. in B-18)
Michael A. Doyle, Esq.
Alston & Bird
35 Broad Street, N.W.
1200 C&S National Bank Bldg.
Atlanta, Georgia  30335

*opposed 7/1/87*

JURGEN FISCHER, ET AL. (B-19)

George J. Schultz, Esq.
Bauer & Schults
3130 Bonita Road, Suite 104
Chula Vista, CA  92010

*opposed 7/1/87*

SHERWOOD SECURITIES CORP.
(deft. B-17 & 19)
DENISE A. HUTTER (deft. B-17)

Samuel R. Simon, Esq.
Barrack, Rodos & Bacine
1845 Walnut Street, Suite 2100
Philadelphia, PA  19103

*opposed 7/1/87*

---

CURTIS GUNN   (B-20)
Sankel & Trief
10 Columbus Circle
New York, New York  10019

*opposed 8/26/87*

GARY DORSI  (deft. B-20)
  (unable to determine counsel
   or address)

*Opposed 9/8/87*

ROBERT R. BOUVIER  (B-21)
Charla B. Bizios, Esquire
Kfoury & Elliott
106 Market Street
Manchester, New Hampshire  03101

---

CURTIS GUNN (B-20)
Barbara E. Olk, Esquire
Trief & Olk
110 East 59th Street
29th Floor
New York, New York 10022

*opposed 8/26/87*

---

DELLA B. DANIELS (B-22)
William H. Kenney, Esq.
Gerstein, Cohen & Kurtzman
20 Kings Highway West
Haddonfield, New Jersey  08033

*opposed 7/1/87*

NICHOLAS SAUNDERS (Deft. in B-22)
Unable to Determine Counsel or
address

J. DWIGHT HUTCHINSON (B-23)
John A. Field, III, Esq.
Stephen D. Halfhill, Esq.
703 King Street
Alexandria, Virginia  22314

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 681 -- _____

---

RONALD BUGG      (Deft. in B-23)
6611 Lawndale Drive
Falls Church, Virginia

DAVID DI FILLIPPO      (Deft. in B-23)
5880 Woodfield Estates Drive
Alexandria, Virginia  22310

JAMES GUNTLE      (Deft. in B-23)
5111 Leesburg Pike
Falls Church, Virginia

JACK B. DORMAN, ET AL. (B-24)
James Stuart Youngblood, Esq.
3330 Peachtree Road, N. E.
455 Tower Place
Atlanta, Georgia  30326

CALVIN L. STERIA (B-25)
Donald G. Gravalec, Esq.
4459 Morrell Street
San Diego, California 92109

MOTION TO TRANSFER FILED ON
NOVEMBER 27, 1987:

MARICA ROMATZICK (B-26 - 27)
James A. Miller, Jr., Esq.
Charles A.B. Moore, Esq.
Williams, Miller, Lyons & Hawley
1300 Post Road
Fairfield, CT  06430

---

CRAVER-HOOKOM FUNERAL HOME, ET AL. (B-28)
Joseph R. Jordan, Esq.      (Motion Filed on
2008 Carew Tower                12/22/87)
Cincinnati, Ohio  45202

BRIAN WALSH
SCOTT FOSTER (Defts. in B-28)
Leonard Barrack, Esq.
(Same As First Jersey Securities, Inc.)

LEO AHASIC, ET AL.   (B-29)
Lawrence Walner, Esquire
Lawrence Walner & Associates, LTD.
321 N. Clark Street
Chicago, Illinois  60610

ROBERT BRENNAN   (Deft. B-29)
Leonard Barrack, Esquire
  (previously listed)

DAVID RETZINGER   (Deft. B-29)
  (unable to determine counsel)

MOTION TO TRANSFER FILED 5/24, 1988
JAMES F. SACCOCIA, ET AL. (C-30)
Evans J. Carter, Esq.
Goldstein, Burkin, Wennett & Carter
85 Devonshire Street
Boston, Massachusetts  02109

EUGENE R. BOCELLI (C-31)
William H. Kenney, Esq.
Gerstein, Cohen, Kurtzman, Spevak
  & Kenney
20 Kings Highway West
Haddonfield, NJ  08033

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. __681__ __ In re First Jersey Securities Litigaton

---

Motion to Vacate CRO:

JURGEN FISCHER, ET AL. (B-19)
George J. Schultz, Esq.
Bauer & Schultz
3130 Bonita Road, Suite 104
Chula Vista, CA  92010

SHERWOOD SECURITIES CORP.
Barrack, Rodos & Bacine
(same as Liaison Counsel)

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 681 -- __In re First Jersey Securities,_____ Litigation__

| Name of Party | Named as Party in Following Actions |
|---|---|
| FIRST JERSEY SECURITIES, INC. | A-1 A-2 A3 A4 A5 A-6 A-7 A-8, B-9, B-10 B-13, B-14, B-15, B-16 B-17 B-18, B-19, B-20, B-21, B-23, B-24 B-25, B-28, B-29, C-30 C-31 |
| JOHN E. DELL | A-1 A-2, A3, A4 A5, A-8, B-13, B-16 C-31 |
| ROBERT E. BRENNAN | A-2 A3 A4 A5 A-6 A7, A-8 B-1 B-13 B-13, B-16, B-25, B-28, B-29, C-30 C-31 |
| MARK E. BERNHARD | A-6 A-7, B-10 |
| GERALD DOYLE | A-6 A7 |
| PAUL COLLIER | A-6 A7, B-15, |
| TIM CRONIN | A-6 A7 |
| LAWRENCE CRONIN | A-6 A7, B-9, B-17, B-23 |
| GREG RATCHUK | A-6 A7 |
| RIC SCHROEDER | B-10, |
| GARY DORSI | B-20, |

p.   2

| | |
|---|---|
| CHRISTOPHER A. SURICO | B-11, |
| Paul Anderson | B-12 |
| William CALKINS | B-14, |
| SHERWOOD CApiTAL, INC. | B-15, B-16, B-20, |
| PAUL Litwicki | B, 16, |
| Sherwood Securities, Corp. | B-17; B-19; B-20, |
| Dennis A. Hutter | B-17; |
| Steven M. Barnett | B-18; |
| William R. Shamon | B-18; |
| Nicholas Saunders | B-22 |
| Ronald Bugg | B-22 |

JPML FORM 3

p. __3__

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __681__ -- In re First JerseySEcutities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| David Di Fillippo | B-23 |
| James Guntle | B-23 |
| Brian Walsh | B-28 |
| Scott Foster | B-28 |
| DAVID RETZINGER | B-29, |
| | |
| | |
| | |
| | |
| | |
| | |