DOCKET NO. 681

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 10 1986

PATRICIA D. HOWARD
CLERK OF THE PANEL

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE FIRST JERSEY SECURITIES LITIGATION

TRANSFER ORDER

All parties to the actions listed on the attached Schedule A[1/] agree upon the desirability of transfer, pursuant to 28 U.S.C. §1407, of the action pending in the District of New Jersey to the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings with the actions pending in that district. The Panel finds that these actions involve common questions of fact and that transfer will serve the convenience of the parties and witnesses and promote the just and efficient conduct of this litigation.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. §1407, the action listed on the attached Schedule A and pending in the District of New Jersey be, and the same hereby is, transferred to the Eastern District of Pennsylvania and, with the consent of that court, assigned to the Honorable Charles R. Weiner for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Caffrey*

Andrew A. Caffrey
Chairman

---

[1/] The schedule of actions accompanying the original motion before the Panel listed two actions pending in the Southern District of California, <u>Dorothy Karen, etc. v. First Jersey Securities, Inc., et al.</u>, C.A. No. 85-2709-G, and <u>Dorothy Karen v. First Jersey Securities, Inc., et al.</u>, C.A. No. 85-2854-E. These actions were terminated on February 25, 1986; accordingly, the question of transfer with respect to these actions is moot.

SCHEDULE A

MDL-681 -- In re First Jersey Securities Litigation

Eastern District of Pennsylvania

Robert Spatola, etc. v. First Jersey Securities, Inc., et al., C.A. No. 85-6059
Richard Brown, etc. v. First Jersey Securities, Inc., et al., C.A. No. 85-6358
Arnold Kraenbring, etc. v. First Jersey Securities, Inc., et al., C.A. No. 85-7019
T. Peter Bridge, M.D., etc. v. First Jersey Securities, Inc., et al., C.A. No. 85-7059
Myrna Richardson, etc. v. First Jersey Securities, Inc., et al., C.A. No. 85-7135

District of New Jersey

Jack Zakim, etc. v. First Jersey Securities, Inc., et al., C.A No. 86-0358